UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDWARD R. ZELECHOWSKI and DEBORAH A. ZELECHOWSKI, | CIVIL ACTION |
| Plaintiffs, | |
| v. | CASE NO. 17-cv-318-NJR-RJD |
| NATIONSTAR MORTGAGE, LLC, | |
| Defendant. | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiffs, Edward and Deborah Zelechowski, hereby notify the Court that Plaintiffs and Defendant, Nationstar Mortgage, LLC, settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 19th day of June, 2017.

          Respectfully Submitted,

          /s/ Ronald A. Buch
          Ronald A. Buch, #6209955
          Attorney for Plaintiffs
          Law Offices of William A. Mueller, LLC
          5312 West Main Street
          Belleville, IL 62226
          (618) 236-7000

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

/s/ Ronald A. Buch
Ronald A. Buch, #6209955
Attorney for Plaintiffs
Law Offices of William A. Mueller, LLC
5312 West Main Street
Belleville, IL 62226
(618) 236-7000