UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDWARD R. ZELECHOWSKI and DEBORAH A. ZELECHOWSKI, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONSTAR MORTGAGE, LLC, <br><br> Defendant. | CIVIL ACTION <br><br> CASE NO. 17-cv-318-NJR-RJD |

## PLAINTIFFS' STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiffs, Edward and Deborah Zelechowski ("Plaintiffs"), by and through their attorney, Ronald A. Buch, and in support of Plaintiffs' Stipulation of Dismissal with Prejudice, states as follows:

Plaintiffs, pursuant to settlement and Federal Rule of Civil Procedure 41, hereby stipulate to the dismissal of their claims against the Defendant with prejudice and with each party to bear its own costs and attorney's fees.

Dated: July 21, 2017

By:  /s/ Ronald A. Buch
Ronald A. Buch, ARDC #: 6209955
Attorney for Plaintiffs
Law Offices of William A. Mueller, LLC
5312 W. Main St.
Belleville, IL 62226
Phone: (618) 236-7000

By:  /s/ Harry N. Arger (with consent)
Harry N. Arger, ARDC #:  6198806
Attorney for Defendant
Dykema Gossett, PLLC
10 S. Wacker Dr., Ste. 2300
Chicago, IL 60606
Phone:  (312) 627-2127

**CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

/s/ Ronald A. Buch
Ronald A. Buch, ARDC #:  6209955
Attorney for Plaintiffs
Law Offices of William A. Mueller, LLC
5312 W. Main St.
Belleville, IL 62226
Phone:  (618) 236-7000