IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDWARD R. and DEBORAH A. ZELECHOWSKI, | ) ) ) |
| Plaintiffs, | ) ) ) Case No. 17-CV-318-NJR-RJD |
| vs. | ) ) |
| NATIONSTAR MORTGAGE LLC, | ) ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on July 24, 2017 (Doc. 14), and the Stipulation of Dismissal filed on July 21, 2017 (Doc. 13), this cause of action is voluntarily **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear their own costs.

**IT IS ORDERED AND ADJUDGED**.

DATED:   July 24, 2017

JUSTINE FLANAGAN, Acting Clerk

By:   s/Deana Brinkley
Deputy Clerk

APPROVED:   s/ Nancy J. Rosenstengel
**NANCY J. ROSENSTENGEL
United States District Judge**